## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-20570 |
| | § | |
| RONALD NESBIT | § | |
| HARRIET NESBIT | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $145,000.00 | Assets Exempt: | $44,222.06 |
| Total Distributions to Claimants: | $1,359.97 | Claims Discharged Without Payment: | $74,701.22 |
| Total Expenses of Administration: | $492.20 | | |

3) Total gross receipts of $2,665.23 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $813.06 (see **Exhibit 2),** yielded net receipts of $1,852.17 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $408,358.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $492.20 | $492.20 | $492.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $65,523.56 | $17,312.63 | $17,312.63 | $1,359.97 |
| **Total Disbursements** | $473,881.56 | $17,804.83 | $17,804.83 | $1,852.17 |

4). This case was originally filed under chapter 7 on 06/12/2015. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2017      By:   /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Tax Refund | 1224-000 | $1,478.30 |
| IL Unclaimed Funds | 1229-000 | $1,186.93 |
| **TOTAL GROSS RECEIPTS** | | **$2,665.23** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| RONALD NESBIT | Funds to Third Parties | 8500-002 | $813.06 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$813.06** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INFINITI FIN SERVICES | 4110-000 | $31,358.00 | $0.00 | $0.00 | $0.00 |
| | WELLS FARGO HOME MORTGAGE | 4110-000 | $377,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$408,358.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $463.04 | $463.04 | $463.04 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $23.91 | $23.91 | $23.91 |
| Green Bank | 2600-000 | NA | $5.25 | $5.25 | $5.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$492.20** | **$492.20** | **$492.20** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $2,400.00 | $2,417.31 | $2,417.31 | $189.88 |
| 2 | Discover Bank | 7100-900 | $345.00 | $9,614.91 | $9,614.91 | $755.29 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $1,000.00 | $543.42 | $543.42 | $42.69 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $450.00 | $789.10 | $789.10 | $61.99 |
| 5 | eCAST Settlement Corporation | 7100-900 | $2,580.00 | $3,947.89 | $3,947.89 | $310.12 |
|  | BARCLAY | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
|  | BARCLAY | 7100-000 | $1,400.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Cardmember Services | 7100-000 | $2,100.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Cardmember Services | 7100-000 | $309.98 | $0.00 | $0.00 | $0.00 |
|  | Chase Cardmember Services | 7100-000 | $64.68 | $0.00 | $0.00 | $0.00 |
|  | Chase Cardmember Services | 7100-000 | $43.90 | $0.00 | $0.00 | $0.00 |
|  | FIRST PREMIER | 7100-000 | $231.00 | $0.00 | $0.00 | $0.00 |
|  | HSBC | 7100-000 | $1,599.00 | $0.00 | $0.00 | $0.00 |
|  | PIERCE & ASSOCIATES | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
|  | WELLS FARGO HOME MORTGAGE | 7100-000 | $45,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $65,523.56 | $17,312.63 | $17,312.63 | $1,359.97 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-20570 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | NESBIT, RONALD AND NESBIT, HARRIET | | Date Filed (f) or Converted (c): | 06/12/2015 (f) |
| For the Period Ending: | 5/10/2017 | | §341(a) Meeting Date: | 07/21/2015 |
| | | | Claims Bar Date: | 08/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Property - 1116 N. Lawler, Chicago IL | $160,000.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Bank Account | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Household Items | $850.00 | $0.00 | | $0.00 | FA |
| 4 | Clothing | $450.00 | $0.00 | | $0.00 | FA |
| 5 | 403(b) | $11,009.00 | $0.00 | | $0.00 | FA |
| 6 | Railroad Pension | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2008 Infiniti FX35 | $15,000.00 | $0.00 | | $0.00 | FA |
| 8 | Unscheduled 2015 Tax Refund (u) | $0.00 | $665.24 | | $1,478.30 | FA |
| **Asset Notes:** | Debtor's pro-rated portion of tax refund is $813.06. | | | | | |
| 9 | IL Unclaimed Funds (u) | $0.00 | $1,186.93 | | $1,186.93 | FA |

**TOTALS (Excluding unknown value)**       **Gross Value of Remaining Assets**

$188,409.00    $1,852.17    $2,665.23    $0.00

---

**Major Activities affecting case closing:**

03/07/2017    Hearing on TFR 4/5/17

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2016 | **Current Projected Date Of Final Report (TFR):** | 02/02/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-20570 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | NESBIT, RONALD AND NESBIT, HARRIET | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5293 | | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | **-***5294 | | | Account Title: | |
| For Period Beginning: | 6/12/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/19/2016 | | United States Treasury | Income Tax Refund | * | $1,478.30 | | $1,478.30 |
| | {8} | | Estate Portion $665.24 | 1224-000 | | | $1,478.30 |
| | {8} | | Debtor's pro-rated portion $813.06 | 1224-002 | | | $1,478.30 |
| 05/29/2016 | 3001 | RONALD NESBIT | Non Estate portion of Income Tax Refund | 8500-002 | | $813.06 | $665.24 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.92 | $664.32 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.24 | $663.08 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.07 | $662.01 |
| 08/24/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($3.23) | $665.24 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.06 | $664.18 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.10 | $663.08 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.00 | $662.08 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.03 | $661.05 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.06 | $659.99 |
| 01/16/2017 | (9) | Treasurer | Illinois Unclaimed Funds | 1229-000 | $1,186.93 | | $1,846.92 |
| 04/05/2017 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $463.04 | $1,383.88 |
| 04/05/2017 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $23.91 | $1,359.97 |
| 04/05/2017 | 3004 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: $2,417.31; Distribution Dividend: 7.86%; | 7100-000 | | $189.88 | $1,170.09 |
| 04/05/2017 | 3005 | Discover Bank | Claim #: 2; Amount Claimed: $9,614.91; Distribution Dividend: 7.86%; | 7100-900 | | $755.29 | $414.80 |
| 04/05/2017 | 3006 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: $543.42; Distribution Dividend: 7.86%; | 7100-900 | | $42.69 | $372.11 |
| 04/05/2017 | 3007 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: $789.10; Distribution Dividend: 7.86%; | 7100-900 | | $61.99 | $310.12 |
| 04/05/2017 | 3008 | eCAST Settlement Corporation | Claim #: 5; Amount Claimed: $3,947.89; Distribution Dividend: 7.86%; | 7100-900 | | $310.12 | $0.00 |

**SUBTOTALS** $2,665.23 $2,665.23

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-20570 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | NESBIT, RONALD AND NESBIT, HARRIET | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5293 | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | **-***5294 | | Account Title: | |
| For Period Beginning: | 6/12/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,665.23 | $2,665.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,665.23 | $2,665.23 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,665.23 | $2,665.23 | |

**For the period of 6/12/2015 to 5/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,852.17 |
| Total Non-Compensable Receipts: | $813.06 |
| Total Comp/Non Comp Receipts: | $2,665.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,852.17 |
| Total Non-Compensable Disbursements: | $813.06 |
| Total Comp/Non Comp Disbursements: | $2,665.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/19/2016 to 5/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,852.17 |
| Total Non-Compensable Receipts: | $813.06 |
| Total Comp/Non Comp Receipts: | $2,665.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,852.17 |
| Total Non-Compensable Disbursements: | $813.06 |
| Total Comp/Non Comp Disbursements: | $2,665.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 15-20570 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | NESBIT, RONALD AND NESBIT, HARRIET | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5293 | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | **-***5294 | | Account Title: | |
| For Period Beginning: | 6/12/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,665.23 | $2,665.23 | $0.00 |

**For the period of 6/12/2015 to 5/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,852.17 |
| Total Non-Compensable Receipts: | $813.06 |
| Total Comp/Non Comp Receipts: | $2,665.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,852.17 |
| Total Non-Compensable Disbursements: | $813.06 |
| Total Comp/Non Comp Disbursements: | $2,665.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/12/2015 to 5/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,852.17 |
| Total Non-Compensable Receipts: | $813.06 |
| Total Comp/Non Comp Receipts: | $2,665.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,852.17 |
| Total Non-Compensable Disbursements: | $813.06 |
| Total Comp/Non Comp Disbursements: | $2,665.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ